UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
AUG 3 2021
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KERRY L. SANDS,<br><br>Defendant. | Criminal No. 5:21-cr-34<br><br>Violations: 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C) |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Distribution of Heroin and Fentanyl)

On or about March 19, 2021, in Wetzel County, in the Northern District of West Virginia, defendant **KERRY L. SANDS**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in exchange for $200 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

(Distribution of Heroin and Fentanyl)

On or about March 26, 2021, in Wetzel County, in the Northern District of West Virginia, defendant **KERRY L. SANDS**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in exchange for $430 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## **COUNT THREE**

(Distribution of Fentanyl)

On or about April 1, 2021, in Wetzel County, in the Northern District of West Virginia, defendant **KERRY L. SANDS**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in exchange for $50 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## **COUNT FOUR**

(Distribution of Heroin and Fentanyl)

On or about April 9, 2021, in Wetzel County, in the Northern District of West Virginia, defendant **KERRY L. SANDS**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in exchange for $300 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853, and Title 21, United States Code, Section 841, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense.

A True Bill:

/s/_____
Grand Jury Foreperson

/s/_____
RANDOLPH J. BERNARD
Acting United States Attorney

Clayton J. Reid
Assistant United States Attorney